# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ABEL ENRIQUE CARILLO COBO

*Defendant(s)*

Case No. 1:25-MJ-262

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 3, 2025__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry After Removal Subsequent to a Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA April Russo/SAUSA Nathan Lowry
*Printed name and title*

*Complainant's signature*
Brooks Hopkins, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone
*(specify reliable electronic means).*

Date: _____

Digitally signed by Ivan Davis
Date: 2025.05.21 15:30:45 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*