IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABEL ENRIQUE CARRILLO COBO,<br>Defendant. | **UNDER SEAL**<br><br>Case No. 1:25-MJ-262 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Brooks Hopkins, being duly sworn, depose and state:

1. I am a Special Agent with the United States Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office, located in the District of Columbia. I have been employed with the FBI since August 1, 2021. My duties as a Special Agent include investigating federal criminal activity and threats to national security.

2. My duties as a Special Agent with the FBI also include investigating criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for ABEL ENRIQUE CARRILLO COBO (hereafter referred to as CARRILLO COBO), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was

1

outstanding, subsequent to a conviction for commission of a felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about April 3, 2025, I first learned through law enforcement database checks that CARRILLO COBO had re-entered the United States. The database checks revealed that CARRILLO COBO had been arrested by the Fairfax County Police Department on July 20, 2022, for carrying a carrying a concealed weapon – 1st offense, in violation of Virginia State Code § 18.2-308.

6. I performed records checks, which confirmed CARRILLO COBO is a native and citizen of Guatemala who was most recently removed from the United States on or about May 21, 2018 at or near Albuquerque, New Mexico. CARRILLO COBO did not have legal authorization to reenter or remain in the United States.

7. On April 3, 2025, I reviewed documents related to CARRILLO COBO's driver's license, issued by the Virginia DMV. The license was issued on December 9, 2024. The information on the license included CARRILLO COBO's complete name, date of birth, a photograph, and additional physical characteristics including height, weight, and hair/eye color. It also included an address, XXXXX Turin Lane, Centreville, VA 20121. On April 3, 2025, I

compared the Virginia driver's license to CARRILLO COBO's electronic immigration record and confirmed his identity through his name, date of birth, and prior photographs.

VA DMV Driver's License Photograph      I-205 Warrant of Removal Photograph



8. I also reviewed documents from the aforementioned associated Alien File for CARRILLO COBO maintained by U.S. Citizenship and Immigration Services. The Alien File is associated with CARRILLO COBO through his unique FBI number. The documents from the file revealed that CARRILLO COBO is a citizen and national of Guatemala. The file contained multiple previously executed Immigration Service Form I-205s, Warrants of Removal/Deportation, bearing CARRILLO COBO's photograph, fingerprint, and signature. These forms showed that CARRILLO COBO was removed from the United States on the following dates and places of removal:

    a)     May 21, 2018 at or near Albuquerque, New Mexico.

    b)     January 27, 2015 at or near Brownsville, Texas.

    c)     October 6, 2014 at or near Washington, D.C.

9. CARRILLO COBO's alien file lacks evidence of any immigration application, benefit, document, or status that would allow him to legally re-enter, be admitted, pass through, or reside in the United States. Further, CARRILLO COBO has not filed or submitted an application,

petition or obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his removal.

10. CARRILLO COBO's immigration file contains documents which show that CARRILLO COBO was previously convicted of a felony and was subsequently removed from the United States. Specifically, on April 25, 2018, CARRILLO COBO was convicted of illegal reentry of a previously removed alien in violation of 8 U.S.C. 1326(a) in the Western District of Texas, for which CARRILLO COBO was sentenced to time served, equating to 77 days in jail.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on or about April 3, 2025 in Fairfax County, Virginia, within the Eastern District of Virginia, ABEL ENRIQUE CARRILLO COBO, an alien who was removed from the United States on or about May 21, 2018 at or near Albuquerque, New Mexico, subsequent to a felony conviction on or about April 25, 2018, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Brooks Hopkins
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 21, 2025.

Digitally signed by Ivan Davis
Date: 2025.05.21 15:30:24 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia